FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 SEP 28 PM 4: 14

CLERK C Adams
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE: ) Case No.: 1:13-cr-119, Strickland
) 1:13-cr-174, Davis
MOTION TO DISMISS )
)

## ORDER OF DISMISSAL

The matter is now before the Court on the Government's "Motion to Dismiss" the above-captioned cases. The Court finds a basis for the dismissals. Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court, the motions are **GRANTED**.

SO ORDERED this 28th day of September, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GA

1